STATE v. CESAR

    No. 182P90

    Case below: 98 N.C.App. 155

    Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

STATE v. CUNNINGHAM

    No. 170P90

    Case below: 97 N.C.App. 631

    Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.

STATE v. DAVIS

    No. 216P90

    Case below: 98 N.C.App. 340

    Petition by defendant for writ of supersedeas and temporary stay denied 23 May 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 May 1990. Motion by defendant for reconsideration of petition denied 13 June 1990.

STATE v. GANDY

    No. 144P90

    Case below: 98 N.C.App. 155

    Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990. Temporary stay dissolved 13 June 1990.

STATE v. JERRELLS

    No. 209P90

    Case below: 98 N.C.App. 318

    Petition by Attorney General for temporary stay allowed pending consideration and determination of the petition for discretionary review 29 May 1990. Temporary stay dissolved 13 June 1990. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 13 June 1990.